THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILE HIGH HEALTHCARE ANALYTICS, LLC, <br><br> *Petitioner*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> *Respondent*. | MISC. CASE NO.: 1:19-mc-00124-ABJ-DAR |

**ELEVENTH JOINT STATUS REPORT**

Petitioner, Mile High Healthcare Analytics, LLC ("Mile High" or "Petitioner") and Respondent U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services ("CMS" or "Respondent") submit the instant Eleventh Joint Status Report pursuant to this Court's April 21, 2020 Order, and report as follows:

As of this date, CMS has produced what it has represented to have been all of the electronic data in response to the Revised Proposed Modifications to the Subpoena and Mile High has completed its review of same. Per this review, Mile High has determined that CMS has produced all data requested in Petitioner's Revised Proposed Modifications to the Subpoena.

In light of the foregoing, Petitioner respectfully requests that this Court enter an Order terminating the instant Miscellaneous Action.

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: **/s/ Johnny Walker**
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov
*Counsel for Respondent*

April 27, 2020

**FRIER & LEVITT, LLC**

**/s/ Jason N. Silberberg**
Jason N. Silberberg, Esq. (*admitted pro hac vice*)
Jonathan E. Levitt, Esq. (219207)
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: (973) 618-1660
Facsimile: (973) 618-0650
jlevitt@frierlevitt.com
jsilberberg@frierlevitt.com
*Counsel for Petitioner*

April 27, 2020